

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2019

No. 04-19-00025-CR

Guillermo **CAPETILLO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRB000381 D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on **April 25, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court